UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN CARR,

    Plaintiff,

v.

                                      Case No. 22-cv-10782
                                      Hon. Matthew F. Leitman

CITY OF MONROE, et al.,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT (ECF No. 15)

On November 30, 2023, the Court held a hearing on Defendants' Motion for Summary Judgement. (*See* Mot., ECF No. 15.) For the reasons stated on the record, Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows.

Defendants' Motion is **GRANTED** and summary judgment is entered in favor of Defendants with respect to the following claims:

- Count I (First Amendment Retaliation) as to the City of Monroe only;
- Count V (Family and Medical Leave Act Retaliation); and
- Count VI (Workers Compensation Retaliation).

Defendants' Motion is **DENIED** with respect to the following claims:

- Count I (First Amendment Retaliation) as to all individual Defendants;
- Count II (Freedom of Speech under Mich. Const., Art. I, Sec 5);
- Count III (Whistleblower Protection Act); and

- Count IV (Family and Medical Leave Act Interference).

Further, Defendants' Motion for summary judgment on the basis of qualified immunity is also **DENIED**.

    **IT IS SO ORDERED.**

                                                                  s/Matthew F. Leitman  
                                                                  MATTHEW F. LEITMAN  
                                                                  UNITED STATES DISTRICT JUDGE

Dated: November 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2023, by electronic means and/or ordinary mail.

                                                                  s/Holly A. Ryan  
                                                                  Case Manager  
                                                                  (313) 234-5126