UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN CARR,

    Plaintiff,

v.

CITY OF MONROE, et al.,

    Defendants.

Case No. 22-cv-10782
Hon. Matthew F. Leitman

| Joseph X. Michaels (P79084)<br>Adam M. Taub (P78334)<br>CROSON, TAUB & MICHAELS, PLLC<br>Attorneys for Plaintiff<br>455 E. Eisenhower Pkwy., Suite 75<br>Ann Arbor, MI 48108<br>734.519.0875<br>jmichaels@ctmlawyers.com<br>ataub@ctmlawyers.com | John J. Gillooly (P41948)<br>Kathleen M. Jozwiak (P79921)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207<br>313.446.5501<br>jgillooly@garanlucow.com<br>kjozwiak@garanlucow.com |
|---|---|

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court upon the agreement of the parties and this Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants THE CITY OF MONROE, BARRY LAROY, SPENCER MANIACI and PEGGY HOWARD are dismissed from this matter with prejudice and without costs or fees assessed to either party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim in this matter, it is a final Order and disposes of all claims of the Parties.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 10, 2024

Approved as to substance and form:

| s/Joseph X. Michael | s/John J. Gillooly |
|---|---|
| Joseph X. Michaels (P79084) | John J. Gillooly (P41948) |
| Adam M. Taub (P78334) | GARAN LUCOW MILLER, P.C. |
| CROSON, TAUB & MICHAELS, PLLC | Attorney for Defendants |
| Attorneys for Plaintiff | 1155 Brewery Park Blvd., Suite 200 |
| 455 E. Eisenhower Pkwy., Suite 75 | Detroit, MI 48207 |
| Ann Arbor, MI 48108 | 313.446.5501 / Fax: 313.259.0450 |
| 734.519.0875 | jgillooly@garanlucow.com |
| jmichaels@ctmlawyers.com | |
| ataub@ctmlawyers.com | |